UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROSA PARKS CIVIL RIGHTS DEPARTMENT,

    Plaintiff,

v.

STATE OF WASHINGTON, et al.,

    Defendants.

CASE NO. C13-5175BHS

ORDER DENYING MOTION FOR RECONSIDERATION

This matter comes before the Court on Plaintiff Rosa Parks Civil Rights Department's ("Plaintiff") motion for reconsideration (Dkt. 4).

On March 8, 2013, Plaintiff filed a motion to proceed *in forma pauperis* and a proposed complaint alleging that Defendants violated the federal civil rights of the CEO of Plaintiff, Willie Banks. Dkt. 1–1 at 4 (brief description of claim). After review of the complaint and attached material, the Court denied the motion and dismissed the complaint because (1) it was frivolous and (2) the claims were barred by the statute of

ORDER - 1

1 limitations. Dkt. 3. On March 29, 2013, Plaintiff filed a motion for reconsideration.
2 Dkt. 4. Plaintiff simply disagrees with the Court's decision and reiterates his allegations
3 that his civil rights were violated. *Id*. Plaintiff has failed to show any error in the Court's
4 previous order. Therefore, the Court **DENIES** Plaintiff's motion for reconsideration.

5 **IT IS SO ORDERED.**

6 Dated this 4th day of April, 2013.

BENJAMIN H. SETTLE
United States District Judge